IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02557-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: June 7, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                       *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY             David Andrew Winston
COMMISSION,                              Stephanie Struble

    Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY,           Joshua B. Kirkpatrick
LLC,

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      9:18 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the previously held scheduling conference on 12/20/2012; the plaintiff's Joint MOTION to Amend/Correct/Modify #10 Scheduling Order , Joint MOTION for Extension of Time to Designate Expert Witnesses (Docket No. 14, filed on 2/21/2012), the plaintiff's Unopposed MOTION for Extension of Time to Designate Experts and to Extend the Discovery Cut-Off (Docket No. 17, 4/27/2012), and the defendant's Unopposed MOTION for Extension of Time to Designate Experts and to Extend the Discovery Cut-Off (Docket No. 21, filed on 6/5/2012).

Discussion regarding why the parties are seeking a third extension, what written discovery has been served, retained experts and how much has been done with them, the progress of taking depositions, and the exploration of settling this case.

**ORDERED:**   The court **GRANTS IN PART and DENIES IN PART** the defendant's Unopposed MOTION for Extension of Time to Designate Experts and to Extend the Discovery Cut-Off (Docket No. 21, filed on 6/5/2012). The court shall extend the discovery cut date to **August 17, 2012**. The court shall not move the dispositive motions deadline.

Mr. Kirkpatrick seeks clarification from the court as to whether the court is also granting the requested extension to the experts deadline and the rebuttal experts deadline. The court advises Mr. Kirkpatrick that it will also grant these requests.

**ORDERED:** The designation of all expert witnesses shall be extended to **June 26, 2012**. The designation of rebuttal experts shall be extended to **July 20, 2012**.

HEARING CONCLUDED.

**Court in recess**:     **9:36 a.m.**
Total time in court:    00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.