Prejudgment int. on Backpay only - 8% Statutory Rate

| Backpay | Months since 4/1/2008 | Rate | With int. | Int. alone |
|---|---|---|---|---|
| 29543.25 | 60 | 0.08 | 44014.88422 | 14471.63 |

Prejudgment int. on Backpay only - .59% Treasury Yield

| Backpay | Months since 4/1/2008 | Rate | With int. | Int. alone |
|---|---|---|---|---|
| 29543.25 | 60 | 0.0059 | 30427.53764 | 884.29 |