**Frontpay damages for Mike Sungaila**
Scenario 1. But For wage growth of 3% p.a. and Defacto wage growth of 1.45% p.a. *

| But For Compensation | | | | | | | | Mitigation | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Period | Hourly Rate | Hours | Total Earnings | Insure | Paid Leave | Retire | Total But For Compensation | | Period | W2 Earnings | Insure | Paid Leave | Retire | Total Mitigation Compensation | Total Lost Compensation | Present Value T-bill Rate (0.59%) | Cumulative Total |
| 4/13/2013 1/31/2014 | $22.56 | 1680 | $37,901 | $5,155 | $2,187 | $500 | $45,742 | | 2/2/2013 1/31/2014 | $19,835 | $3,396 | $1,039 | | $24,270 | $21,472 | $21,346 | **$21,346** |
| 2/1/2014 1/31/2015 | $23.21 | 2080 | $48,277 | $6,566 | $2,785 | $500 | $58,128 | | 2/1/2014 1/31/2015 | $20,122.61 | $3,445 | $1,054 | | $24,622 | $33,506 | $33,114 | **$54,460** |
| 2/1/2015 1/31/2016 | $23.96 | 2080 | $49,837 | $6,778 | $2,875 | $500 | $59,990 | | 2/1/2015 1/31/2016 | $20,414.39 | $3,495 | $1,070 | | $24,979 | $35,011 | $34,398 | **$88,858** |
| 2/1/2016 1/31/2017 | $24.68 | 2080 | $51,332 | $6,981 | $2,961 | $500 | $61,774 | | 2/1/2016 1/31/2017 | $20,710.39 | $3,546 | $1,085 | | $25,341 | $36,433 | $35,586 | **$124,444** |
| 2/1/2017 1/31/2018 | $25.42 | 2080 | $52,872 | $7,191 | $3,050 | $500 | $63,613 | | 2/1/2017 1/31/2018 | $21,010.69 | $3,597 | $1,101 | | $25,709 | $37,904 | $36,805 | **$161,249** |
| 2/1/2018 1/31/2019 | $26.18 | 2088 | $54,667 | $7,435 | $3,154 | $500 | $65,756 | | 2/1/2018 1/31/2019 | $21,315.35 | $3,649 | $1,117 | | $26,081 | $39,675 | $38,299 | **$199,548** |
| 2/1/2019 1/31/2020 | $26.97 | 2088 | $56,307 | $7,658 | $3,249 | $500 | $67,714 | | 2/1/2019 1/31/2020 | $21,624.42 | $3,702 | $1,133 | | $26,460 | $41,254 | $39,590 | **$239,138** |
| 2/1/2020 1/31/2021 | $27.78 | 2080 | $57,775 | $7,857 | $3,333 | $500 | $69,465 | | 2/1/2020 1/31/2021 | $21,937.98 | $3,756 | $1,150 | | $26,843 | $42,622 | $40,662 | **$279,800** |
| 2/1/2021 1/31/2022 | $28.61 | 2088 | $59,737 | $8,124 | $3,446 | $500 | $71,807 | | 2/1/2021 1/31/2022 | $22,256.08 | $3,810 | $1,166 | | $27,233 | $44,575 | $42,276 | **$322,076** |
| 2/1/2023 4/13/2023 | $29.47 | 416 | $12,259 | $1,667 | $707 | $500 | $15,133 | | 2/1/2023 4/13/2023 | $4,451.22 | $762 | $233 | | $5,447 | $9,686 | $9,133 | **$331,209** |
| **Ten Year Total** | | | | | | | | | | | | | | | | | **$331,209** |

*CBA averages a 3% pay raise every 6 months to a year, assumes a 3% <u>annual</u> increase beyond Feb 2016 expiration date.

**Frontpay damages for Mike Sungaila**
**Scenario 2. Hypothetical mitigation wages at 12.53 per hour with 0.45% annual growth rate\*\*, no mitigation benefits**

| But For Compensation | | | | | | | Mitigation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | Hourly Rate | Hours | Total Earnings | Insure | Paid Leave | Retire | Total But For Compensation | Period | Hourly Rate | Hours | Total Earnings | Hypothetical Earnings | Total Lost Compensation | Present Value T-bill Rate (.59%) | Cumulative Total |
| 4/13/2013 1/31/2014 | $22.56 | 1680 | $37,901 | $5,155 | $2,187 | $500 | $45,742 | 4/13/2013 1/31/2014 | $12.53 | 1680 | $21,050 | $21,050 | $24,691 | $24,547 | **$24,547** |
| 2/1/2014 1/31/2015 | $23.21 | 2080 | $48,277 | $6,566 | $2,785 | $500 | $58,128 | 2/1/2014 1/31/2015 | $12.59 | 2080 | $26,180 | $26,180 | $31,948 | $31,574 | **$56,121** |
| 2/1/2015 1/31/2016 | $23.96 | 2080 | $49,837 | $6,778 | $2,875 | $500 | $59,990 | 2/1/2015 1/31/2016 | $12.64 | 2080 | $26,297 | $26,297 | $33,692 | $33,103 | **$89,224** |
| 2/1/2016 1/31/2017 | $24.68 | 2080 | $51,332 | $6,981 | $2,961 | $500 | $61,774 | 2/1/2016 1/31/2017 | $12.70 | 2080 | $26,416 | $26,416 | $35,359 | $34,536 | **$123,760** |
| 2/1/2017 1/31/2018 | $25.42 | 2080 | $52,872 | $7,191 | $3,050 | $500 | $63,613 | 2/1/2017 1/31/2018 | $12.76 | 2080 | $26,535 | $26,535 | $37,078 | $36,003 | **$159,764** |
| 2/1/2018 1/31/2019 | $26.18 | 2088 | $54,667 | $7,435 | $3,154 | $500 | $65,756 | 2/1/2018 1/31/2019 | $12.81 | 2080 | $26,654 | $26,654 | $39,102 | $37,746 | **$197,510** |
| 2/1/2019 1/31/2020 | $26.97 | 2088 | $56,307 | $7,658 | $3,249 | $500 | $67,714 | 2/1/2019 1/31/2020 | $12.87 | 2080 | $26,774 | $26,774 | $40,940 | $39,288 | **$236,798** |
| 2/1/2020 1/31/2021 | $27.78 | 2080 | $57,775 | $7,857 | $3,333 | $500 | $69,465 | 2/1/2020 1/31/2021 | $12.93 | 2080 | $26,895 | $26,895 | $42,570 | $40,613 | **$277,411** |
| 2/1/2021 1/31/2022 | $28.61 | 2088 | $59,737 | $8,124 | $3,446 | $500 | $71,807 | 2/1/2021 1/31/2022 | $12.99 | 2080 | $27,016 | $27,016 | $44,792 | $42,482 | **$319,893** |
| 2/1/2023 4/13/2023 | $29.47 | 416 | $12,259 | $1,667 | $707 | $500 | $15,133 | 2/1/2023 4/13/2023 | $13.05 | 416 | $5,427 | $5,427 | $9,706 | $9,151 | **$329,044** |
| **10-year Total** | | | | | | | | | | | | | | | **$329,044** |

\*\*Average employee cost increase for transportation workers 2008-2012 from "Employment Cost Index" BLS April 2013

**Frontpay damages for Mike Sungaila**
Scenario 3. Hypothetical mitigation wages at $20.18 per hour with 0.45% growth rate**

| But For Compensation Period | Hourly Rate | Hours | Total Earnings | Insure | Paid Leave | Retire | Total But For Compensation | Mitigation Period | Hourly Rate | Hours | Total Earnings | Insure | Paid Leave | Retire | Total Mitigation Compensation | Total Lost Compensation | Present Value T-bill Rate (.59%) | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/13/2013 1/31/2014 | $22.56 | 1680 | $37,901 | $5,155 | $2,187 | $500 | $45,742 | 4/13/2013 1/31/2014 | $20.18 | 1680 | $33,902 | $5,804 | $1,776 | | $41,483 | $4,259 | $4,234 | **$4,234** |
| 2/1/2014 1/31/2015 | $23.21 | 2080 | $48,277 | $6,566 | $2,785 | $500 | $58,128 | 2/1/2014 1/31/2015 | $20.27 | 2080 | $42,163 | $7,218 | $2,209 | | $51,591 | $6,537 | $6,460 | **$10,694** |
| 2/1/2015 1/31/2016 | $23.96 | 2080 | $49,837 | $6,778 | $2,875 | $500 | $59,990 | 2/1/2015 1/31/2016 | $20.36 | 2080 | $42,353 | $7,251 | $2,219 | | $51,823 | $8,167 | $8,024 | **$18,718** |
| 2/1/2016 1/31/2017 | $24.68 | 2080 | $51,332 | $6,981 | $2,961 | $500 | $61,774 | 2/1/2016 1/31/2017 | $20.45 | 2080 | $42,544 | $7,283 | $2,229 | | $52,056 | $9,718 | $9,492 | **$28,210** |
| 2/1/2017 1/31/2018 | $25.42 | 2080 | $52,872 | $7,191 | $3,050 | $500 | $63,613 | 2/1/2017 1/31/2018 | $20.55 | 2080 | $42,735 | $7,316 | $2,239 | | $52,291 | $11,322 | $10,994 | **$39,204** |
| 2/1/2018 1/31/2019 | $26.18 | 2088 | $54,667 | $7,435 | $3,154 | $500 | $65,756 | 2/1/2018 1/31/2019 | $20.64 | 2080 | $42,927 | $7,349 | $2,249 | | $52,526 | $13,230 | $12,771 | **$51,975** |
| 2/1/2019 1/31/2020 | $26.97 | 2088 | $56,307 | $7,658 | $3,249 | $500 | $67,714 | 2/1/2019 1/31/2020 | $20.73 | 2080 | $43,121 | $7,382 | $2,260 | | $52,762 | $14,952 | $14,348 | **$66,324** |
| 2/1/2020 1/31/2021 | $27.78 | 2080 | $57,775 | $7,857 | $3,333 | $500 | $69,465 | 2/1/2020 1/31/2021 | $20.82 | 2080 | $43,315 | $7,415 | $2,270 | | $53,000 | $16,465 | $15,708 | **$82,032** |
| 2/1/2021 1/31/2022 | $28.61 | 2088 | $59,737 | $8,124 | $3,446 | $500 | $71,807 | 2/1/2021 1/31/2022 | $20.92 | 2080 | $43,509 | $7,449 | $2,280 | | $53,238 | $18,569 | $17,611 | **$99,643** |
| 2/1/2023 4/13/2023 | $29.47 | 416 | $12,259 | $1,667 | $707 | $500 | $15,133 | 2/1/2023 4/13/2023 | $21.01 | 416 | $8,741 | $1,496 | $458 | | $10,696 | $4,437 | $4,184 | **$103,827** |
| **10-year Total** | | | | | | | | | | | | | | | | | | **$103,827** |

**Average employee cost increase for transportation workers 2008-2012 from "Employment Cost Index" BLS April 2013